**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Scotty's Pub & Bottle Shop, Inc.

Plaintiff,

vs.

Badger Mutual Insurance Company,

Defendant.

Court File No. 01-140 DWF/RLE

**STIPULATION AND JOINT MOTION TO MODIFY THE PRETRIAL SCHEDULE**

---

**IT IS HEREBY STIPULATED**, by and between the parties, through their counsel of record, that there is good cause to modify the pretrial schedule dated April 4, 2001 regarding the number of depositions because discovery has revealed additional witnesses who have not been deposed who may have relevant information regarding the litigated issues. Thus, in addition to the depositions that have already occurred, each party shall be able to take up to eight additional non-expert witness depositions before the close of discovery.

To the extent not expressly modified herein, the terms of the pretrial schedule dated April 29, 2001, remain in force and in effect.

Dated: Dec. 5, 2001

Robert J. Patient, Esq.
1250 Norwest Center
55 East Fifth Street
St. Paul, MN 55101
(651) 222-4426
***Attorneys for Plaintiff***

Dated: 12-4, 2001

**FLYNN & GASKINS, L.L.P.**

Bradley J. Ayers, #189303
Patrick R. Martin, #0259445
2900 Metropolitan Centre
333 South Seventh Street
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Defendant***

FILED DEC 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

**ORDER**

This matter came before the Court on the parties' Stipulation and Joint Motion to Modify the Pretrial Schedule. The Court hereby grants said motion in all respects and adopts the proposed pretrial schedule set forth therein.

**IT IS SO ORDERED.**

Dated: DEC 0 6 2001, 2001

**BY THE COURT:**

Raymond L. Erickson

Magistrate Judge Raymond L. Erickson
United States District Court