UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Scotty's Pub & Bottle Shop, Inc.,

Plaintiff,

vs. MINUTE ORDER

Badger Mutual Insurance Co.,

Defendant. Civ. No. 01-140 (DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 11th day of March, 2002.

* * *

Through inadvertence, our Minute Order of March 4, 2002, failed to contain a "Ready for Trial" date, which is established as June 1, 2002, or thirty (30) days after the Court issues an Order disposing of any then-pending dispositive Motion.

NOW, THEREFORE, It is --

ORDERED:

That the "Ready for Trial" date is **June 1, 2002**, or thirty (30) days after the Court issues an Order disposing of any then-pending dispositive Motion.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED MAR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______