UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION-MINNEAPOLIS

Scotty's Pub & Bottle Shop, Inc.
Plaintiff,

Civil 01-140 DWF/RLE

v.

Badger Mutual Insurance Company,
Defendant.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff Scotty's Pub & Bottle Shop, Inc. as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $ 282.00 | $ 150.00 |
| Fees for service of summons and subpoena | $ 4,244.00 | $ 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $11,287.38 | $ 6,851.20 |
| Fees for witnesses | $ 5,686.85 | $ 5,101.85 |
| Fees for exemplification and copies | $ 7,528.19 | $7,528.19 |
| Docket fees under 28 U.S.C. § 1923 | $ 20.00 | $ 20.00 |
| TOTAL: | $29,048.42 | $19,651.24 |

Costs, therefore, are taxed in the sum of Nineteen Thousand Six Hundred Fifty-One Dollars and 24/100 ($19,651.24) in favor of Defendant Badger Mutual Insurance Company and against Plaintiff Scotty's Pub and Bottle Shop, Inc. and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of November 5, 2002.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti
Law Clerk

NOV 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK